### Eliza Ann Winchell, Appellee, v. M. P. Rice, Executor, Appellant.

#### (Not to be reported in full.)

Appeal from the Circuit Court of Fulton county; the Hon. HARRY M. WAGGONER, Judge, presiding. Heard in this court at the April term, 1917. Affirmed. Opinion filed October 11, 1917.

### Statement of the Case.

Objections by Eliza Ann Winchell, plaintiff, to inventory filed by M. P. Rice, executor of the estate of John Winchell, defendant. From a judgment for plaintiff on certain objections, defendant appeals and plaintiff assigns cross errors as to the overruling of certain objections.

J. D. BRECKINRIDGE and M. P. RICE, for appellant.

HARVEY H. ATHERTON, for appellee.

MR. PRESIDING JUSTICE GRAVES delivered the opinion of the court.

### Abstract of the Decision.

1. EVIDENCE, § 204*—*when admissions of deceased in derogation of title to note are admissible.* On a hearing on objections to an

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

executor's inventory in which the testator's wife claims the owner-ship of a note inventoried by the executor as belonging to the estate, statements of the testator during his lifetime that the note was not his property but that it was his wife's are competent evidence.

2. HUSBAND AND WIFE, § 116*—*when evidence shows ownership of note by wife.* Evidence that a note payable to a husband and wife had been given in payment of property sold by her after she and her husband had divided their property, that the husband had stated that the note was hers, that it had always remained in her possession and that she had always received the interest, except on one occasion when it was paid to a bank and credited by the bank to the husband without authority from any one, is sufficient to show her ownership of the note.

3. EXECUTORS AND ADMINISTRATORS, § 62*—*what should be inventoried by executor as part of estate.* Money belonging to a hus-band which is drawn from the bank by the wife shortly before his death and thereafter voluntarily paid out by her on account of his funeral expenses should be inventoried by his executor as part of his estate.